# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MONICA WILSON,**

      **Plaintiff,**

**-vs-**              **Case No.  6:04-cv-896-Orl-28KRS**

**CORINTHIAN COLLEGES, INC.,**

      **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION AND MEMORANDUM TO TAX THE COSTS OF MEDIATION (Doc. No. 25)** |
| **FILED:** | **June 15, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

The Court required the parties to participate in mediation.  The plaintiff could have filed a motion before the mediation date if he believed mediation would not be fruitful, but he did not do so. Therefore, the defendant did not fail to mediate in "good faith" by attending the court-ordered mediation, even though it did not make a settlement offer that was agreeable to the plaintiff.

**DONE** and **ORDERED** in Orlando, Florida on June 15, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties